FILED
AUG 1 4 2026
JOAN KANE, CLERK
U.S. DIST. COURT, WESTERN DIST. OKLA.
BY ____________, DEPUTY

CONFIDENTIAL

# UNITED STATES DISTRICT COURT

for the

Western District of Oklahoma

Civil Division

Nation of Agape ecclesial matters

Ministerial Trust of Nation of Agape and/or Amanda Fitzpatrick, et al.; see attached

*Plaintiff(s)*

*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

-v-

See attached

*Defendant(s)*

*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

Case No. CIV-26-2143-HE
*(to be filled in by the Clerk's Office)*

Jury Trial: *(check one)* ☑ Yes ☐ No

## COMPLAINT FOR A CIVIL CASE

### I. The Parties to This Complaint

#### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed, in personam, equitable, and of ecclesial jurisdiction.

| | |
|---|---|
| Name | Ministerial Trust of Nation of Agape and/or Amanda Fitzpatrick, et al. |
| Street Address | /o P.O. Box 266, nearby piedmont, OKLA ZIP exempt |
| City and County | ion-domestic mail (USPO), DMM 602 1.3 e. (2) vithout the UNITED STATES 28 U.S.C. 1746(1) [illegible] |
| State and Zip Code | [illegible] |
| Telephone Number | shall provide off PUBLIC record due to harassment |
| E-mail Address | |

#### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Job or Title is inclusive but not exclusive.

CONFIDENTIAL

Defendant No. 1

| | |
|---|---|
| Name | STATE OF OKLAHOMA, et al. |
| Job or Title *(if known)* | OFFICE OF ATTORNEY GENERAL and/or SERVICE OKLAHOMA, et al. |
| Street Address | 313 NE 21ST ST. |
| City and County | OKLAHOMA CITY OKLAHOMA |
| State and Zip Code | OK 73105 US |
| Telephone Number | +1 405 521 3921 |
| E-mail Address *(if known)* | |

Defendant No. 2

| | |
|---|---|
| Name | OKLAHOMA COUNTY, et al. |
| Job or Title *(if known)* | CLERK, COURT CLERK, JUDGE, SHERIFF, et al. |
| Street Address | 320 ROBERT S KERR |
| City and County | OKLAHOMA CITY OKLAHOMA |
| State and Zip Code | OK 73102 US |
| Telephone Number | +1 405 270 0082 |
| E-mail Address *(if known)* | |

Defendant No. 3

| | |
|---|---|
| Name | CITY OF OKLAHOMA CITY, et al. |
| Job or Title *(if known)* | JUDGE, ATTORNEY, POLICE, DEPARTMENT and/or utilities, et al. |
| Street Address | 200 N WALKER |
| City and County | OKLAHOMA CITY OKLAHOMA |
| State and Zip Code | OK 73102 US |
| Telephone Number | +1 405 297 2535 |
| E-mail Address *(if known)* | |

Defendant No. 4

| | |
|---|---|
| Name | CITY OF THE VILLAGE, et al. |
| Job or Title *(if known)* | CITY ATTORNEY, MANAGER, POLICE DEPARTMENT, et al. |
| Street Address | 2304 MANCHESTER DRIVE |
| City and County | OKLAHOMA CITY OKLAHOMA |
| State and Zip Code | OK 73120 US |
| Telephone Number | +1 405 751 8861 |
| E-mail Address *(if known)* | |

Amendment(s) made due to 2ND physical assault listed in complaint/injunction. ADA Accomodation and grace appreciated for migraines from brain injury and loss of attention/concentration to task.

2E615784a ad: 15Aug2026 NOTE#1

CONFIDENTIAL

Defendant No. 5

| | |
|---|---|
| Name | TWISTER TOWING LLC, et al. |
| Job or Title *(if known)* | Reg Agent: HASAN ZOUBI, et al. |
| Street Address | 6221 N MUELLER AVE |
| City and County | BETHANY OKLAHOMA |
| State and Zip Code | OK 73008 US |
| Telephone Number | +1 405 728 2233 |
| E-mail Address *(if known)* | |

Defendant No. 6

| | |
|---|---|
| Name | ALEXANDER DAVIS PLC representing Woofi's Properties, LLC, et al. |
| Job or Title *(if known)* | ATTORNEY, et al. |
| Street Address | 333 NW 5TH ST, #415 |
| City and County | OKLAHOMA CITY OKLAHOMA |
| State and Zip Code | OK 73102 US |
| Telephone Number | +1 405 633 2783 |
| E-mail Address *(if known)* | |

Defendant No. 7

| | |
|---|---|
| Name | WELLS FARGO BANK, NA |
| Job or Title *(if known)* | DEBTOR, et al. |
| Street Address | 420 MONTGOMERY STREET |
| City and County | SAN FRANCISCO SAN FRANCISCO |
| State and Zip Code | CA 94163 US |
| Telephone Number | +1 800 956 4442, |
| E-mail Address *(if known)* | |

Defendant No. 8

| | |
|---|---|
| Name | LOGS LEGAL GROUP, LLP, et al. |
| Job or Title *(if known)* | ATTORNEY, et al. |
| Street Address | 949 S COASTLINE DRIVE |
| City and County | COSTA MESA ORANGE |
| State and Zip Code | CA 92626 |
| Telephone Number | +1 877 257 0717 |
| E-mail Address *(if known)* | |

Avouchment to be filed with the week as all parties have been served as it is understood by mailbox rule and/or deposited acceptance rule by REGISTERED and CERTIFIED mail.

## II. Basis for Jurisdiction

CONFIDENTIAL

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

- [x] Federal question
- [x] Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A. If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case. See attachment and 15 U.S.C. 1601, 12 U.S.C. 3710 (TIL), & 12 U.S.C. 3710 by private trust(s)

No evidence and/or accounting has been produced upon Federal Rules of Evidence by repeated NOTICE(s) to grantors, successors, and/or assigns of STATE OF OKLAHOMA's SUPREME, COUNTY, CITY, and/or DISTRICT COURT(s); Foreclosed 6/26/26ad by subrogee as the independent estate administrator and natural heir by Notice & Affidavit without rebuttal as finalized with property accession of property(s) as returned to Creditor/Lender - AMANDA FITZPATRICK, et al. with 24 Hour Notice to Quit with Liability served to US, STATE, COUNTY, & CITY(s) on foreign, private, ministerial trust(s) property with Deed of Conveyance(s) filed in OKLAHOMA COUNTY - STATE OF OKLAHOMA, et al. and/or allodial title with U.S. DEPARTMENT OF THE INTERIOR in executed instrument(s) with respect, in honor of our Father in prayer and petition to this court for restitutio in integrum on equitable grounds in alignment with executed security instrument(s) and for the court to act and/or collect in alignment with their CODE(s) and/or LAW(s) for punitive damages to U.S., et al. with emergency request for injunction and stay due to failure to grant due process and/or EMPLOYEE refusal to accept service in violation of Constitution.

### B. If the Basis for Jurisdiction Is Diversity of Citizenship

1. The Defendant's

   a. ~~If the plaintiff is an individual~~

   ~~The plaintiff,~~ *(name)* __________, is a citizen of the State of *(name)* __________.

   b. If the defendants are a corporation(s)

   The plaintiff, *(name)* STATE OF OKLAHOMA, et al., is incorporated under the laws of the State of *(name)* OKLAHOMA and/or DISTRICT OF COLUMBIA, and has its principal place of business in the State of *(name)* OKLAHOMA and/or DISTRICT OF COLUMBIA Foreign to and not understood by Defendant(s) and referring to stamps and/or seals on document(s).

   *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

ADA accommodation

2. The Plaintiff(s)

   a. If the defendant is an individual foreign minister (IP) as defined under 18 U.S.C. § 1116(b)(3)(A) & US DEPARTMENT OF STATE (see passport)

   The defendant, *(name)* Amanda Christian Justine, under ministerial trust, is a ~~citizen~~ state national of the State of *(name)* Ohio. Or is a citizen of *(foreign nation)* Kingdom of Heaven and Nation of Agape as it is written in Philippians 3:20.

partial capitalization does not indicate peonage, chattel, and/or citizenship status for the natural women and/or men in US/DC, et al.

CONFIDENTIAL

b. If the Defendant, who by force, threat of death, extortion, harassment, and treason to US has become Plaintiff is a corporation

The defendant, *(name)* AMANDA J FITZPATRICK, et al. was originally ~~is~~ incorporated under the laws of the State of *(name)* OHIO , and has its ~~principal place of business in the State of *(name)*~~ ministry across nations .

Or is ~~incorporated~~ a private ministerial trust under the laws of *(foreign nation)* Nation of Agape ,

and has its principal place of business in *(name)* the Kingdom of Heaven .

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3. The Amount in Controversy

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*: $2million+

The true amount is unknown due to lack of production in staked claim of reversionary trust interest to District of Columbia, State of Oklahoma, County of Oklahoma, City of Oklahoma City and/or Village, (including all variations therein and thereof), et al. whom have failed to produce evidence and/or accounting for maladministration of trust(s) out of contract and/or executed security(s) adhesion by treason of US ministerial trust(s)' interest(s) & property(s).

## III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the injunction or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A. Where did the events giving rise to your claim(s) occur?

In approximately June of 2020ad, while studying in my second/third graduate degree I received revelation and wisdom regarding the Bible and the earthly systems as comparative to the 16+ years of service to the US and/or internationally, I started researching our lineage and that of this nation in terms of biblical translations to laws and the Constitution. I was then anointed and appointed as a judge advocate by members of the church (ecclesia) and continued my depth of law and/or biblical rooted knowledge (such as the Law of Moses). This is when I applied through the US DEPARTMENT OF STATE by ministerial appointment and/or Ambassador to US as well as our DEPARTMENT OF TRANSPORTATION private motor carrier number to remove ourselves from STATE contract(s) as directed by the Holy Spirit (See Matthew 5). CITY OF THE VILLAGE, et al. took offense and began their suppression of my reserved rights and/or IDENTITY THEFT (See IRS Forms).

B. What date and approximate time did the events giving rise to your claim(s) occur?

I have attempted the stance of long suffering as God asks of us as Christians, so the beginning was in approximately June of 2024ad and escalated to assault (including traumatic brain injury), kidnapping, and/or treason of our DOT Registered private motor carrier in October 2024ad. When we began the process of IRS foreclosure and accession of the ministerial private property(s) as in close alignment with OKLAHOMA STATUTE(s) with 24 Hour Notice to Quit served to all Plaintiff(s) as the instrument was executed with US DEPARTMENT OF INTERIOR and/or BUREAU OF LAND MANAGEMENT, this is when COUNTY OF OKLAHOMA, DISTRICT COURT(s), CITY(s) of OKLAHOMA CITY and/or VILLAGE escalated to false allegations and a fraudulent SALE by the SHERIFF's OFFICE without due process and/or notice that resulted in TITLE being issued and threats being received in contempt of COURT CASE that was condemned due to innumerable U.S.C. violated and being told they do not matter by ATTORNEY(s) and/or JUDGE on PUBLIC RECORD with COUNTY OF OKLAHOMA, et al.

CONFIDENTIAL



C. What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

Every UNITED STATES CODE listed on the 8 page attachment (See further IRS Forms for ID and/or TAX FRAUD Affidavits as filed) which has occurred to me and/or my living family members. We prayerfully petition this court to adhere to our ministerial, private trust in agreement with the executed security(s) and/or instrument(s) to the best of our ability with clean hands and in good faith so that we may complete the accession of our church (ecclesial property) which includes multiple property(s) of worship including homes and clinics, so that my family may be happily reunited under one home with our right to privacy intact and/or private motor carrier(s) which my family lives in watchfulness of further retaliation so that we may continue in our pursuit of life, liberty, and happiness which is given by God and acknowledged by man in the Constitution(s). There is hundred(s) of pages of evidence in the trust's and/or PUBLIC RECORD as fact(s) for this claim.

## IV. Irreparable Injury

Explain why monetary damages at a later time would not adequately compensate you for the injuries you sustained, are sustaining, or will sustain as a result of the events described above, or why such compensation could not be measured.

Some act(s) of harm are irreversible to this day though not unimaginable through God's healing in terms of physical damage, trauma sustained by my family through threats including death as I stared down multiple barrels of weapons while unarmed, coerced long term separation for their protection, repeated harassment, and denial of joint PoA to visit me in a hospital bed in a trauma unit after the 4th assault because of our faith in our Almighty Creater (God) as defamed or defiled by idol and/or false god worship as written in Acts and/or attempts to be secure in our paper(s) and/ or property(s) as granted by the US and/or STATE(s) Constitutions over 40+ years is hard to imagine in a number that would quantify that so I will leave that for God to interpret through this system by your hands which was created by His hand for His Kingdom and glory; for that which I will receive when I leave this earth and go to Heaven is the true victory, life ever lasting! I pray this for all.

## V. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

As a matter of equity, I pray and petition this court for restoration and/or restitution in alignment with 6:31 that if a thief is caught, he must pay seven times what he stole, even if it costs him all the wealth of his house (which by ecclesial final judgment included Judicial Dissolution in alignment with O.S. for the violations of the Constitutions, their OATH OF OFFICE, dereliction of duties, and/or disregard for the UNITED STATES and it's federal laws while claiming the protections of rights without granting the innocent, poor, fatherless, and/or widows those unalienable rights granted by God but forsaken by man, DISTRICT OF COLUMBIA, STATE, COUNTY, CITY, and/or USPS, et al.

In terms of punitive damages claimed or entitled, I have faith that God's will and anointing will prevail even in those who have committed wicked and heinous crimes against my family. It is at the sole discretion of this court but I plead for your mercy over them while they failed to give grace or mercy to us in treason to US and us as we presented in papers, US IDENTIFICATION, deeds, and/or payments to restore while they held it all hostage.

I request ADA accommodation(s) to have electronic devices to assist in this case, alike BAR attorneys. We all deserve equal opportunities and rights to defend ourselves in this courtroom.

CONFIDENTIAL

## VI. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11. Furthermore, I reserve all unalienable rights and/or civil liberties under God without prejudice and/or recourse as translated in U.C.C. § 1-308 for all involved in these matter(s).

— current address is non-domestic as forced use of ZIP code violates 18USC1201 as kidnapping in res judicata. ↳ labels are attached for mailing.

### A. For Parties Without an Attorney

USPS is established in res judicata not to be PoA and/or Agent.

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case. The ecclesial case including notices, request for evidence and/or accounting, writs of mandamus and/or certiorari, execution of instrument(s)/security(s)/private PoA(s), revocation of power of STATE attorneys, and/or administration of probate, ecclesial matter(s), and/or equitable/ministerial/personam jurisdiction and authority under God stands (Ephesians 6:13).

Date of signing: 1 Elul 5786; common date of August 14th, 2026ad

In good faith and full credit with accounting produced for co-labors in case as written Matthew 22:21.

Signature of Plaintiff by: amanda-j:-fitzpatrick, LS, JEA, JA

~~Ministerial Trust of Nation of Agape and/or~~

Printed Name of Plaintiff for: AMANDA FITZPATRICK (all variations), et al. (Principal of ministerial trust) A daughter of God, wife, mother, judge advocate of ecclesia in the Kingdom of God on earth acting in role of independent estate administrator as executed.

as amended on 8/18/2026ad (common date)

### B. For Attorneys

Date of signing: __________

Signature of Attorney __________

Printed Name of Attorney __________

Bar Number __________

Name of Law Firm __________

Street Address __________

State and Zip Code __________

Telephone Number __________

E-mail Address __________